```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT SIMPSON,                                                :
                                                               :          18 Civ. 08673 (PGG) (RWL)
                              Plaintiff,                       :
                                                               :          ORDER
              - against -                                      :
                                                               :
MELISSA GAYHEART,                                              :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 6/3/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　The Honorable Paul G. Gardephe, U.S.D.J., has referred certain matters to the undersigned, specifically issues addressed in Dkt. 42, 50, and 69.  The status letter at Dkt. 69 indicates that the parties currently are cooperating in discussing outstanding obligations.  If and when the parties reach an impasse or require further assistance of the Court in regard to the referred matters, they shall apprise the undersigned accordingly.

　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ROBERT W. LEHRBURGER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated:      June 3, 2020
            New York, New York

Copies transmitted to all counsel of record.